

**Velva L. Price**

District Clerk, Travis County

Travis County Courthouse Complex

P. O. Box 679003

Austin, Texas 78767

Filed In The District Court
of Travis County, Texas
on _January 16, 2015_
at _2:57_ AM.
Velva L. Price, District Clerk

## 03-15-00033-CV

**JANUARY 16, 2015**

Mr. Jeffrey D. Kyle
Third Court of Appeals
P. O. Box 12547
Austin, Texas 78711-2547

RE:     D-1-FM-11-001152
        IN THE INTEREST OF: J.H.V., A CHILD

Dear Mr. Jeffrey D. Kyle:

Our office has just received Designation of Clerk's Record and a Bill of Costs has been sent to the Appellant for payment.

Our office will prepare the record promptly upon receipt of Petitioner's payment. Please extend time for clerk's record to be submitted.

Sincerely,

Court Clerk

CC:     Court File